**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-7988**

———————————

ALVIN WAYNE BOOTH,

                                        Plaintiff - Appellant,

        versus

CORR. OFFICER FISHER; JIMMY E. WEAVER,
Chairman; LEWIS W. BARLOW, Superintendent,

                                        Defendants - Appellees.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (2:06-cv-00633-WDK)

———————————

Submitted:  May 31, 2007                 Decided:  June 5, 2007

———————————

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Alvin Wayne Booth, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alvin Wayne Booth appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Booth v. Corr. Officer Fisher, No. 2:06-cv-00633-WDK (E.D. Va. Nov. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED